# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135601(16)


MICHAEL LAVERN BROWN,

      Plaintiff-Appellant,

|  |  |
|---|---|
| SC | 135601 |
| CoA | 279590 |

v

WAYNE CIRCUIT JUDGE,

      Defendant-Appellee.

_____

      On order of Chief Justice, the motion for waiver or suspension of fees and costs is treated as a motion for reconsideration of the order of January 9, 2008 and, so treated, it is DENIED because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2008

Corbin R. Davis

Clerk